**SOULE–HOFFMAN COMPANY, a Corporation, Appellant, v. John T. WILKINS, Trustee in Bankruptcy of Fleetwood of Hendersonville Hotel Corporation, Bankrupt, J. R. Crye, J. E. Garland, and Palmer Blackburn, Appellees.**

Circuit Court of Appeals, Fourth Circuit.
May 4, 1929.

No. 2746.

Tillett, Tillett & Kennedy, of Charlotte, N. C., for appellant.

A. Y. Arledge and C. D. Weeks, both of Hendersonville, N. C., and Stephen Nettles, of Greenville, S. C., for appellees.

PER CURIAM. Case dismissed, under rule 20, per agreement of counsel.

**Samuel SPECTER et al., Plaintiffs in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 371.

William R. Goldbas, of Utica, N. Y. (Maurice Z. Bungard, of Brooklyn, N. Y., of counsel), for plaintiffs in error.

Oliver D. Burden, U. S. Dist. Atty., of Syracuse, N. Y. (Floyd S. Spangle, Asst. U. S. Dist. Atty., of Fulton, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

**TRAVELERS INSURANCE COMPANY, a Corporation, Appellant, v. OLD NATIONAL BANK, a Corporation, Administrator of the Estate of Leo A. Livers, Deceased, Appellee.**

Circuit Court of Appeals, Fourth Circuit.
April 9, 1929.

No. 2823.

Frank J. Hogan and Edmund L. Jones, both of Washington, D. C., and Kilmer & Byrer, of Martinsburg, W. Va., for appellant.

Howard H. Emmert and Lacy I. Rice, both of Martinsburg, W. Va., for appellee.

PER CURIAM. Appeal dismissed, at cost of appellant, per agreement of counsel.

**F. T. TURNER v. Burnett DICKEY.**

Circuit Court of Appeals, Sixth Circuit.
April 4, 1929.

No. 5172.

J. W. Canada, of Memphis, Tenn., for appellant.

Hunter Wilson, of Memphis, Tenn., for appellee.

PER CURIAM. Judgment of the District Court affirmed.

**UNITED STATES, Plaintiff in Error, v. GOOD SPRINGS ANCHOR COMPANY and Fidelity & Deposit Company of Maryland, Defendants in Error.**

Circuit Court of Appeals, Ninth Circuit.
May 27, 1929.

No. 5422.

Samuel W. McNabb, U. S. Atty., and Emmett E. Doherty, Asst. U. S. Atty., both of Los Angeles, Cal.

Claude I. Parker and Ralph W. Smith, both of Los Angeles, Cal., for defendants in error.

Before RUDKIN, DIETRICH, and HUNT, Circuit Judges.

PER CURIAM. Reversed on authority of United States v. John Barth Co. and United States Fidelity & Guaranty Co., 49 S. Ct. 366, 73 L. Ed. ——, decided by the Supreme Court May 13, 1929.